UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
2:30 pm, Sep 25, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Cause No. 1:20-cr-255-TWP-TAB-01 |
| AMBER SEATS, | ) |
| Defendant. | ) |

## INFORMATION

### [Conspiracy to Distribute Oxycodone - 21 U.S.C. § 846]

The United States Attorney charges that from January 10, 2020 through March 19, 2020, in the Southern District of Indiana, Indianapolis Division, AMBER SEATS, defendant herein, did knowingly and intentionally conspire with other persons to distribute Oxycodone, a Schedule II, Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All of which is in violation of Title 21, United States Code, Section 846.

JOSH J. MINKLER
United States Attorney

*[signature]*

Bradley A. Blackington
Assistant United States Attorney

*[signature]*

Cindy J. Cho
Criminal Chief