UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO. 1:20-cr-255-TWP-TAB-01 |
| AMBER SEATS, | ) ) ) | |
| Defendant. | ) | |

PENALTY SHEET

You have been charged in an information with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 846<br>Conspiracy to Distribute Oxycodone | NMT 20 | NMT $1,000,000 | NLT 3 Years |

Dated: _____        _____
                                                                    AMBER SEATS
                                                                    Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana